UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FACTORY DIRECT WHOLESALE, LLC, <br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>OFFICE KICK, INC., and CKNAPP SALES, INC.,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:23-cv-00458-ART-CSD<br><br>ORDER CLOSING CASE |

On October 30, 2024, the Court ordered parties to submit a status report by November 30, 2024. (ECF No. 12.) The Court warned parties that this case may be dismissed for want of prosecution if they failed to do so. (*Id.*)

Under LR 41-1, all civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte. Because parties failed to submit a status report by the Court's deadline and have not filed anything in this case for over a year, the Court dismisses this case for want of prosecution under LR 41-1.

Therefore, the Clerk of Court is directed to CLOSE this case and enter judgment accordingly.

DATED: December 2, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1